Moultrie v. State

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Mekiel Mitchell, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

Appeal from Charleston County
James E. Lockemy, Circuit Court Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No.  2005-MO-038  
Submitted May 18, 2005 - Filed August 15, 2005

AFFIRMED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of South Carolina Office of Appellate Defense, of Columbia, for petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Chief of Capital and Collateral Litigation Donald J. Zelenka, Assistant Deputy Attorney General B. Allen Bullard, and Assistant Attorney General David A. Spencer, all of Columbia, for respondent.
 
 
 

PER CURIAM:   Affirmed pursuant to Rule 220(b), SCACR, and the following authority:  Florida v. Nixon, 534 U.S. ___, 125 S.Ct. 868 (2005) (no presumption of prejudice); Strickland v. Washington, 466 U.S. 648 (1984) (PCR applicant must show reasonable probability that result of trial would have been different); State v. Franklin, 299 S.C. 133, 382 S.E.2d 911 (1989) (no mere presence charge where evidence does not support it).  
AFFIRMED
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.